UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGANN OGLESBY, and STEPHEN OGLESBY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-20-CV-1267-FB (HJB) |
| MEDTRONIC, INC., MEDTRONIC USA, INC., and INTEGRA LIFESCIENCES CORPORATION, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court are the following seven motions pending in the above case:

- Defendants' Joint Objections to, and Motion to Strike Plaintiffs' Summary Judgment Evidence (Docket Entry 128);

- Plaintiffs' Motion to Exclude the Reports and Testimony of Defendants' Proposed Expert Witness Dr. Nicholas M. Benetatos (Docket Entry 134);

- Plaintiffs' Motion to Exclude or Alternatively Limit the Testimony of Defendants' Expert Collin T. Stabler (Docket Entry 135);

- Plaintiffs' Motion to Exclude or Alternatively, Limit the Testimony of Defendants' Expert Uzma Samadani, MD (Docket Entry 136);

- Defendants' Joint Motion to Exclude Plaintiffs' Expert, Jahan Rasty, Pursuant to *Daubert* and Fed. R. Evid. 702 (Docket Entry 137);

- Defendants' Joint Motion to Exclude Plaintiffs' Expert, Joshua Sharlin, Pursuant to *Daubert* and Fed. R. Evid. 702 (Docket Entry 138); and

- Defendants' Joint Motion to Exclude Plaintiffs' Expert, John Hixson, M.D., Pursuant to *Daubert* and Fed. R. Evid. 702 (Docket Entry 156).

Pretrial matters in this case have been referred to the undersigned for consideration under 28 U.S.C. § 636(b) (*see* Docket Entry 39), and a motion hearing is scheduled in this case for January 11, 2023 (*see* Docket Entries 155 and 159).

Today, the undersigned issued a Report and Recommendation recommending that the District Court grant Defendants' motions for summary judgment. (Docket Entry 161; *see* Docket Entries 104 and 105.) In light of the Report and Recommendation, it is hereby **ORDERED** that the above-listed motions (Docket Entries 128, 134, 135, 136, 137, 138 & 156) are **DENIED WITHOUT PREJUDICE**. Should the District Court reject the undersigned's recommendation, the parties may reurge the motions.

It is **FURTHER ORDERED** that the motion hearing scheduled for January 11, 2023, is **CANCELLED**.

**SIGNED** on January 6, 2023.

_____
Henry J. Bemporad
United States Magistrate Judge